■ In the Matter of ANTHONY PEREZ, Petitioner, v WILLIAM KEYSER, as Superintendent of Sullivan Correctional Facility, Respondent. [50 NYS3d 895]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Devine, Mulvey and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of COREY D. WHITLOCK, Petitioner, v MICHAEL KIRKPATRICK, as Superintendent of Clinton Correctional Facility, Respondent. [50 NYS3d 896]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a tier II determination finding him guilty of violating certain prison disciplinary rules. The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (*see Matter of Simmons v Kirkpatrick*, 142 AD3d 1245, 1245 [2016]).

Peters, P.J., McCarthy, Lynch, Clark and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.